05 CR 10845 WGY

UNITED STATES BANKRUPTCY COURT

EASTERN DIVISION DISTRICT OF MASSACHUSETTS

In re:   Barcelone Luc  
       Debtor

Chapter 13 Proceeding  
Docket No.: 05-10544WCH

### NOTICE OF TO DISTRICT COURT

Please take notice that the Debtor, Barcelone Luc, through his attorney, Harold M. Gorach, Esq., hereby appeals under 28 U.S.C. Sect. 158(a) to the United States District Court for the District of Massachusetts from the Order of United States Bankruptcy Court Judge William C. Hillman, entitled Order Granting Motion for Relief From Stay Re: In Order that Wife May Continue To pursue Her Divorce Filed by Creditor, Chantal Luc entered in this case on March 10, 2005.

The names of all Parties to the Order appealed from and the names, addresses and telephone numbers of their attorneys are set forth on the Certificate of Service annexed hereto.

                               Respectfully submitted,  
                               Appellant, Barcelone Luc  
                               By his attorney,

                               //s// Harold M. Gorach  
                               Harold M. Gorach, Esq.  
                               50 Congress Street, Suite 710  
                               Boston, MA 02109  
                               (617)523-3316  
Dated: March 20, 2005          BBO# 202610

### CERTIFICATE OF SERVICE

I, Harold M. Gorach, attorney for the Debtor, hereby certify that a true copy of the foregoing Notice of Appeal To District Court was served on March 21, 2005 by first class mail, postage prepaid to the following:

Electronically to :  
Doreen B. Solomon, Esq.  
Chapter 13 Trustee  
180 Canal Street  
P.O. Box 8250  
Boston, MA 02114  
(617) 723-1313

Andrew S. Harmon, Esq.
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500

Via first class mail:

Chantal Luc
23 Woodhaven Street
Mattapan, MA 02126

Barcelone Luc
c/o Martha Luc
549 Adams Street, Apt. 35
Dorchester, MA 02124

Peter D. Hoban, Esq.
Nasson, Hoban & Jesson, LLP
278 Mystic Avenue, Suite 207
Medford, MA 02155
(781) 393-9332

//s// Harold M. Gorach
Harold M. Gorach, Esq.