UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-10845-WGY</u>

In Re: <u>BARCELONE LUC</u>

## <u>ORDER</u>

YOUNG, C.J.

     A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above captioned matter on 4/20/05,

     IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before **<u>5/13/05</u>** and Appellee's brief shall be filed on or before **<u>5/31/05</u>**. The Appellant may file and serve a reply brief on or before **<u>6/7/05</u>**. Oral argument on the above captioned appeal will be held on **<u>MON. JUNE 13, 2005</u>** at 2:00 p.m. in Courtroom 18 on the 5th floor.

     Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

April 28, 2005