IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

```
**************************
IN RE: BARCELONE LUC      *
                          *
BARCELONE LUC,            *
        Appellant         *    CIVIL ACTION NO. 05-10845 WGY
                          *    ON APPEAL FROM BANKRUPTCY COURT
        v.                *    DOCKET NO. 05-10544 WCH
                          *
CHANTAL LUC,              *
        Appellee          *
                          *
**************************
```

## MOTION TO CONTINUE FILING DATE

Now comes the Appellant, Barcelone Luc (hereinafter "B. Luc") by and through his attorney, Harold M. Gorach and respectfully moves this Honorable Court to continue the date for filing hid brief in the above-entitled action for the following reasons:

1. On or about May 13, 2005, the Appellant filed a Motion To Continue or Enlarge Filing Dates in the above-entitled action.

2. Said Motion was allowed by this Honorable Court on the Appellant's brief was due to be filed on May 27, 2005.

3. Counsel for the Appellant had sent said brief to an outside agency to have said brief copied and bound for filing.

4. Counsel for the Appellant had been advised that said copies would be available on May 27, 2005 so that said brief could be timely filed with the Court.

5. Counsel for the Appellant has currently been advised that said copies will not be available until May 28, 2005.

6. For the reasons outlined above, the Appellant is requesting one additional business day until May 31, 2005 to file said Brief.

WHEREFORE the Appellant, Barcelone Luc respectfully prays that this Honorable Court allow his Motion To Continue Filing Date and order whatever other remedy this Honorable Court deems meet and just.

                                      Respectfully submitted,
                                      For the Appellant
                                      BARCELONE LUC
                                      By his attorney,

                                      /s/ Harold M. Gorach
                                      Harold M. Gorach, Esq.
                                      50 Congress Street, Suite 710
                                      Boston, MA 02109
                                      (617)523-3316
Dated: May 27, 2005              BBO# 202610

## CERTIFICATE OF SERVICE

I, Harold M. Gorach, hereby certify that I have this day by first class mail, postage prepaid delivered a copy of the within Motion To Continue Filing Date to the following:

Doreen B. Solomon, Esq.
Chapter 13 Trustee
180 Canal Street
P.O. Box 8250
Boston, MA 02114
(617) 723-1313

Andrew S. Harmon, Esq.
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500

Chantal Luc
23 Woodhaven Street
Mattapan, MA 02126

Barcelone Luc
c/o Martha Luc
549 Adams Street, Apt. 35
Dorchester, MA 02124

Peter D. Hoban, Esq.
Nasson, Hoban & Jesson, LLP
278 Mystic Avenue, Suite 207
Medford, MA 02155
(781) 393-9332

/s/ Harold M. Gorach
Harold M. Gorach, Esq.