IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: BARCELONE LUC     \*
                         \*
BARCELONE LUC,           \*
    Appellant      \*    CIVIL ACTION NO. 05-10845 WGY
                         \*    ON APPEAL FROM BANKRUPTCY COURT
    v.             \*    DOCKET NO. 05-10544 WCH
                         \*
CHANTAL LUC,             \*
    Appellee       \*
                         \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I, Harold M. Gorach, hereby certify that I have this day via Federal Express delivered a copy of the within Brief and Appendix of the Appellant to the following:

Peter D. Hoban, Esq.
Nasson, Hoban & Jesson, LLP
278 Mystic Avenue, Suite 207
Medford, MA 02155
(781) 393-9332

Dated: May 31, 2005

*/s/ Harold M. Gorach*
Harold M. Gorach, Esq.