UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                          Civil Action
                                                                          No: **05-10845-WGY**

**IN RE: BARCELONA LUC**

ORDER

**YOUNG, C.J.**

      After a hearing on this matter, this court affirms the decision of the Bankruptcy Court. The Appeal is Denied..

                                                                    **By the Court,**

                                                                    /s/ Elizabeth Smith

                                                                    **Deputy Clerk**

**July 8, 2005**

**To: All Counsel**